**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                         Case No. 8: 06-cr-176-T-30MAP

**LORENZO STIFF**

_____/

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

The Court modifies the conditions of the Defendant's supervised release as follows: the term of supervision is extended for an additional year. The defendant shall also perform forty (40) hours of community service within 75 days after release from incarceration. The other terms and conditions of supervision previously imposed by the Court, not inconsistent with this Order, shall continue to apply.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
U. S. Probation

S:\Even\2006\06-cr-176.modify.Lorenzo Stiff.wpd